THOMAS J. FERRIGAN, SR., Respondent, v. UNITED TRACTION COMPANY, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.